UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO.:   8:08-cr-323-T-23TGW

JAMES V. CADICAMO
_____/

**ORDER**

The defendant moved (Doc. 62) to dismiss the indictment.  The United States opposes the motion (Doc. 82).  Pursuant to an order of referral (Doc. 106), the magistrate judge conducted a hearing and issued a report (Doc. 149) recommending denial of the motion to dismiss "because a bill of particulars, which will likely remedy the alleged deficiency in count one, will be filed in the near future."  The United States filed a bill of particulars (Doc. 157) on December 31, 2008.

Accordingly, the report and recommendation is adopted, and the motion to dismiss (Doc. 62) is **DENIED**.

ORDERED in Tampa, Florida, on January 7, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE