UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 8:08-cr-323-T-23TGW

JAMES V. CADICAMO
_____/

**ORDER**

The defendant (1) moves pursuant to Rule 8(a), Federal Rules of Criminal Procedure, **(Doc. 63)** to sever the trial of Count One (RICO conspiracy) from the trial of Counts Three and Four (witness tampering) and (2) moves pursuant to Rules 8(b) and 14(a), Federal Rules of Criminal Procedure, **(Doc. 64)** to sever his trial from that of his co-defendants. The United States opposes both motions (Doc. 83).

Pursuant to an order of referral, United States Magistrate Judge Thomas G. Wilson conducted a hearing and issued his report (Doc. 162) recommending denial of both motions. The defendant objects (Doc. 165) to the report and recommendation.

The defendant's objections to the report and recommendation (Doc. 165) are **OVERRULED.** The magistrate judge's report and recommendation (Doc. 162) is **ADOPTED.** The motions to sever (Docs. 63 and 64) are **DENIED**.

ORDERED in Tampa, Florida, on January 21, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE